IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CARLINA

| | |
|---|---|
| Luther Garner, #163701,         ) | |
| ) | C/A No. 4:07-1278-MBS |
| Plaintiff,     ) | |
| ) | |
| vs.         ) | |
| ) | **O R D E R** |
| Phillip E. Thompson; Tom Fox; Garry    ) | |
| B. Alderman,         ) | |
| ) | |
| Defendants.     ) | |
| _____) | |

Plaintiff Luther Garner is a pretrial detainee at the J. Reuben Long Detention Center in Horry County, South Carolina. On May 2, 2007, Plaintiff, appearing pro se, brought this action pursuant to 42 U.S.C. § 1983, alleging that his constitutional rights have been violated in various respects.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Thomas E. Rogers III for pretrial handling. The Magistrate Judge reviewed the complaint pursuant to the provisions of 28 U.S.C. §§ 1915 and 1915A and the Prison Litigation Reform Act. On May 23, 2007, the Magistrate Judge filed a Report and Recommendation in which he recommended that the complaint be dismissed for failure to state a claim against Defendants. Plaintiff filed no objections to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28

U.S.C. § 636(b)(1).  In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation.  Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the record.  The court adopts the Report and Recommendation and incorporates it herein by reference.  The complaint is dismissed without prejudice and without issuance and service as process.

**IT IS SO ORDERED**.

                                        /s/ Margaret B. Seymour
                                        United States District Judge

Columbia, South Carolina

June 15, 2007


### NOTICE OF RIGHT TO APPEAL

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**